UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LLC,<br><br>                              Plaintiff,<br><br>            -against-<br><br>JOSEPH TUCCIO,<br><br>                              Defendant. | 24-cv-5259 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

This case was filed along with an emergency motion for a temporary restraining order on July 11, 2024. The Court orders as follows:

- Plaintiff shall serve Defendant with this order, the complaint, the motion, and all supporting papers today.

- Defendant's response brief is due by July 19, 2024.

- The Court will hold a hearing on the motion on July 26, 2024, at 2:00 p.m., in Courtroom 15A of the Moynihan Courthouse, 500 Pearl St., New York, NY 10007.

- The parties shall meet and confer before the hearing in an attempt to reach a reasonable stipulation to avoid the need for emergency relief.

SO ORDERED.

Dated: July 12, 2024
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                      United States District Judge