UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LLC,<br><br>        Plaintiff,<br><br>  -against-<br><br>JOSEPH TUCCIO,<br><br>        Defendant. | 24-cv-5259 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On August 14, 2024, the Court granted the parties' request for an adjournment. The Clerk of Court is therefore directed to terminate the motion at Dkt. 33.

  SO ORDERED.

Dated: August 23, 2024
    New York, New York

                       _____
                       ARUN SUBRAMANIAN
                       United States District Judge