UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Universal Protection Service, LLC,<br><br>       Plaintiff,<br><br>  -against-<br><br>Joseph Tuccio,<br><br>       Defendant. | 24-CV-5259 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's AUGUST 19, 2024 Order, ECF No.36, the parties were required to file a status update, the contents of which are described in the order, by SEPTEMBER 6, 2024. To date, the parties have not filed the update. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **SEPTEMBER 11, 2024**.

  SO ORDERED.

Dated: September 9, 2024
   New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge